IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-po-00013-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER S. WINN,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   December 29, 2010

    Sentencing Hearing set for January 24, 2011 at 2:30 p.m. is **VACATED**, and rescheduled to February 07, 2011 at 11:30 a.m.